2:23mj 224

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___23-cr-80182-Rosenberg/Reinhart___

**21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 853**

**UNITED STATES OF AMERICA**

vs.

**VICTORIA YVONNE WILLIAMS**
  a/k/a "Vee,"
**VICTOR LEEVON TUKES,**
**JOHN MORGAN WILLIAMS,**
**LIONEL BAIN,**
**DAVID SHTEINBERG,**
**DONALD EDWARD SZUKALA,**
**JONATHON VINCENT MCGONIAGLE,**
**LARRAMY WILLIAM WOOD,**
**HARRY EDWARD HUNTER,**
**BRANDON MICHAEL HARE,**
**ALLAN FRANKLIN DUNN,**
**LUKE MATTHEW REEDER,**
**CARLOS OVEGUEIRO NUNEZ-PEREZ,**
and
**CARSON DEREK WILLIAMS,**

          **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about July 28, 2022, and continuing through on or about June 4, 2023, in

Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**
**VICTOR LEEVON TUKES,**
**JOHN MORGAN WILLIAMS,**
**LIONEL BAIN,**
**DAVID SHTEINBERG,**

**DONALD EDWARD SZUKALA,**
**JONATHON VINCENT MCGONIAGLE,**
**LARRAMY WILLIAM WOOD,**
**HARRY EDWARD HUNTER,**
**BRANDON MICHAEL HARE,**
**ALLAN FRANKLIN DUNN,**
**LUKE MATTHEW REEDER,**
**CARLOS OVEGUEIRO NUNEZ-PEREZ,**
**and**
**CARSON DEREK WILLIAMS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

With respect to the defendants, **VICTORIA YVONNE WILLIAMS** a/k/a **"Vee,"** **VICTOR LEEVON TUKES, JOHN MORGAN WILLIAMS, LIONEL BAIN, DAVID SHTEINBERG, DONALD EDWARD SZUKALA, JONATHAN VINCENT MCGONIAGLE, and LARRAMY WILLIAM WOOD**, it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of his and her own conduct, the conduct of other conspirators reasonable foreseeable to him and her, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

With respect to the defendants, **HARRY EDWARD HUNTER, BRANDON MICHAEL HARE, ALLAN FRANKLIN DUNN, LUKE MATTHEW REEDER, and CARLOS OVEGUEIRO NUNEZ-PEREZ, JR.,** it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of his own conduct, the conduct of other conspirators reasonable foreseeable to him, is 50 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

With respect to defendant, **CARSON DEREK WILLIAMS**, it is further alleged that the controlled substances involved in the conspiracy attributed to this defendant, as a result of his own conduct, the conduct of other conspirators reasonable foreseeable to him, is a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2

On or about August 11, 2022, in Broward County, in the Southern District of Florida, the defendant,

### VICTORIA YVONNE WILLIAMS
#### a/k/a "Vee,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 3

On or about August 31, 2022, in Broward County, in the Southern District of Florida, the defendants,

### VICTORIA YVONNE WILLIAMS
#### a/k/a "Vee,"
#### and
### LIONEL BAIN,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 4

On or about August 31, 2022, in Broward County, in the Southern District of Florida, the defendants,

**VICTORIA YVONNE WILLIAMS**
**a/k/a "Vee,"**
**and**
**LIONEL BAIN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 5

On or about October 13, 2022, in Palm Beach County, in the Southern District of Florida, the defendants,

**VICTORIA YVONNE WILLIAMS**
**a/k/a "Vee,"**
**and**
**JOHN MORGAN WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 6

On or about November 7, 2022, in Broward County, in the Southern District of Florida, the

defendant,

### VICTORIA YVONNE WILLIAMS
### a/k/a "Vee,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

It is further alleged that this violation involved 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in

violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 7

On or about December 8, 2022, in Palm Beach County, in the Southern District of Florida,

the defendants,

### VICTORIA YVONNE WILLIAMS
### a/k/a "Vee,"
### JOHN MORGAN WILLIAMS,
### and
### LIONEL BAIN,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in

violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 8

On or about January 26, 2023, in Broward County, in the Southern District of Florida, the defendants,

### VICTORIA YVONNE WILLIAMS
#### a/k/a "Vee,"
#### and
### LIONEL BAIN,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## *COUNT 9*

On or about April 18, 2023, in Broward County, in the Southern District of Florida, the defendant,

### VICTORIA YVONNE WILLIAMS
#### a/k/a "Vee,"

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 10

On or about April 18, 2023, in Broward County, in the Southern District of Florida, the

defendant,

### CARSON DEREK WILLIAMS,

did knowingly and intentionally attempt to possess with the intent to distribute a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title

21, United States Code, Section 846.

It is further alleged that this violation involved a mixture and substance containing a

detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of

Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 11

On or about April 18, 2023, in Palm Beach County, in the Southern District of Florida, the

defendants,

### VICTORIA YVONNE WILLIAMS
### a/k/a "Vee,"
### DAVID SHTEINBERG,
### and
### CARLOS OVEGUEIRO NUNEZ-PEREZ,

did knowingly and intentionally possess with the intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

Section 2.

It is further alleged that this violation involved 50 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in

violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

### FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **VICTORIA YVONNE WILLIAMS a/k/a "VEE," VICTOR LEEVON TUKES, JOHN MORGAN WILLIAMS, LIONEL BAIN, DAVID SHTEINBERG, DONALD EDWARD SZUKALA, JONATHON VINCENT MCGONIAGLE, LARRAMY WILLIAM WOOD, HARRY EDWARD HUNTER, BRANDON MICHAEL HARE, ALLAN FRANKLIN DUNN, LUKE MATTHEW REEDER, CARLOS OVEGUEIRO NUNEZ-PEREZ, TROY WILLIAM FELDKAMP, and CARSON DEREK WILLIAMS,** have an interest.

2.    Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1) and/or 846, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MARKENZIE LAPOINTE
UNITED STATES ATTORNEY

_____
BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**              **CASE NO.:** 23-cr-80182-Rosenberg/Reinhart

v.

Victoria Yvonne Williams a/k/a "Vee,"        **CERTIFICATE OF TRIAL ATTORNEY**
et al.

_____/              **Superseding Case Information:**
Defendants.                New Defendant(s) (Yes or No) _____

**Court Division** (select one)            Number of New Defendants _____
☐ Miami   ☐ Key West   ☐ FTP        Total number of counts _____
☐ FTL     ☒ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No_____
    List language and/or dialect: _____

4.  This case will take __10__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)
    I    ☐ 0 to 5 days                 ☐ Petty
    II   ☒ 6 to 10 days                ☐ Minor
    III  ☐ 11 to 20 days               ☐ Misdemeanor
    IV   ☐ 21 to 60 days               ☒ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No_____
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) No_____
    If yes, Magistrate Case No. _____

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No_____
    If yes, Judge _____ Case No. _____

9.  Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No_____

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No_____

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No_____

15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No_____

                                        By: _Brian R_____
                                             Brian D. Ralston
                                             Assistant United States Attorney
                                             Court ID No.   A5502727

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** VICTORIA YVONNE WILLIAMS

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine: $10,000,000**
* **Special Assessment: $100**

Counts 2-4:

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine: $5,000,000**
* **Special Assessment: $100**

Counts 5-8:

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine: $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count 9:

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 years to life term of supervised release
* Max. Fine:  $1,000,000
* Special Assessment: $100

Count 11:

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* Max. Term of Imprisonment: 40 years
* Mandatory Min. Term of Imprisonment (if applicable): 5 years
* Max. Supervised Release: 4 years to life term of supervised release
* Max. Fine:  $5,000,000
* Special Assessment: $100

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** VICTOR LEEVON TUKES

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOHN MORGAN WILLIAMS

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

Counts 5, 7:

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name:**  LIONEL BAIN

**Case No:**  23-cr-80182-Rosenberg/Reinhart

Count 1:

<u>Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)</u>

<u>21 U.S.C. §§ 846, 841(b)(1)(A)(viii)</u>
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

Counts 3, 4:

<u>Distribution of a Controlled Substance (Methamphetamine)</u>

<u>21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)</u>
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

Counts 7, 8:

<u>Distribution of a Controlled Substance (Methamphetamine)</u>

<u>21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)</u>
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DAVID SHTEINBERG

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

Count 11:

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  DAVID EDWARD SZUKALA

**Case No:**  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
**\* Max. Term of Imprisonment: Life**
**\* Mandatory Min. Term of Imprisonment (if applicable): 10 years**
**\* Max. Supervised Release: 5 years to life term of supervised release**
**\* Max. Fine:  $10,000,000**
**\* Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**  JONATHON VINCENT MCGONIAGLE

**Case No:**   23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LARRAMY WILLIAM WOOD

**Case No:**  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** HARRY EDWARD HUNTER

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)

* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** BRANDON MICHAEL HARE

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  ALLAN FRANKLIN DUNN

**Case No:**  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  LUKE MATTHEW REEDER

**Case No:**  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  CARLOS OVEGUEIRO NUNEZ-PEREZ

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

Count 11:

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>CARSON DEREK WILLIAMS</u>

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

<u>Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)</u>

<u>21 U.S.C. §§ 846, 841(b)(1)(C)</u>
**\* Max. Term of Imprisonment: 20 years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 years to life term of supervised release**
**\* Max. Fine:  $1,000,000**
**\* Special Assessment: $100**

Count 10:

<u>Attempted Possession with Intent to Distribute a Controlled Substance (Methamphetamine)</u>

<u>21 U.S.C. §§ 846, 841(b)(1)(C)</u>
**\* Max. Term of Imprisonment: 20 years**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release: 3 years to life term of supervised release**
**\* Max. Fine:  $1,000,000**
**\* Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  23-cr-80182-Rosenberg/Reinhart |
| **VICTORIA YVONNE WILLIAMS, et al.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | .) | |

## ARREST WARRANT

FILED BY ___SP___ D.C.

SEP 2 8 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **VICTORIA YVONNE WILLIAMS**                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine), in violation of 21 U.S.C §§ 846, 841(b)(1)(A)(viii)
Distribution of a Controlled Substance (Methamphetamine), in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B)(viii), 841(b)(1)(A)(viii)
Possession with Intent to Distribute a Controlled Substancen, violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B)(viii), 841(b)(1)(A)(viii)

Date:  9/28/23                    _____

*Issuing officer's signature*

City and state:    West Palm Beach, Florida            _____

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Victoria Yvonne Williams

Known aliases:  "V", "Vee", "Vicki", "Vikki"

Last known residence:  8691 NW 38th St, Apt 212, Sunrise, Florida 33351

Prior addresses to which defendant/offender may still have ties:  2864 NW 6th Ct, Fort Lauderdale, FL

Last known employment:  Owner, VP Always Bouncin party rental business

Last known telephone numbers:  754-301-0611, 561-234-5603

Place of birth:  Florida, USA

Date of birth:  11/18/1990

Social Security number:  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

Height:  5'7"          Weight:  180 lbs

Sex:  Female          Race:  African American

Hair:  Black          Eyes:  Brown

Scars, tattoos, other distinguishing marks:  Tattoos neck

History of violence, weapons, drug use:  unknown

Known family, friends, and other associates *(name, relation, address, phone number)*:  Family resides at 2864 NW 6th Court, Fort Lauderdale, Florida 33311 and neighboring houses.

FBI number:  999186HD3

Complete description of auto:  unknown

Investigative agency and address:  Drug Enforcement Administration, 444 West Railroad Ave, Suite 500, West Palm Beach, FL 33401

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 23-cr-80182-Rosenberg/Reinhart

### BOND RECOMMENDATION

DEFENDANT: Victoria Yvonne Williams

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:  Brian Ralston

Last Known Address: 8691 NW 38th St, Apt 212

Sunrise, Florida 33351

What Facility:

Agent(s):  SA Jesse Ricks

(FBI)  (SECRET SERVICE)  (**DEA**)  (IRS)  (ICE)  (OTHER)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>VICTORIA YVONNE WILLIAMS</u>

**Case No:** 23-cr-80182-Rosenberg/Reinhart

Count 1:

<u>Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)</u>

<u>21 U.S.C. §§ 846, 841(b)(1)(A)(viii)</u>
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine: $10,000,000**
* **Special Assessment: $100**

Counts 2-4:

<u>Distribution of a Controlled Substance (Methamphetamine)</u>

<u>21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)</u>
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine: $5,000,000**
* **Special Assessment: $100**

Counts 5-8:

<u>Distribution of a Controlled Substance (Methamphetamine)</u>

<u>21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)</u>
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine: $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Count 9:**

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine:  $1,000,000**
* **Special Assessment: $100**

**Count 11:**

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**